In the Matter of the Claim of MARY WALSH, as Administratrix of the Estate of MILDRED D. GRAVES, Deceased, and as Guardian of JOAN GRAVES, an Infant, Respondent, against TIDEWATER OIL SALES COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued June 8, 1944; decided July 19, 1944.

*John J. Conners, Jr.,* for appellants.

*Joseph Saidel* for claimant, respondent.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.